# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC.<br>1111 North Capitol Street NE<br>Washington, D.C. 20002<br><br>DAVID FOLKENFLIK<br>1111 North Capitol Street NE<br>Washington, D.C. 20002<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES AGENCY FOR<br>GLOBAL MEDIA<br>330 Independence Ave. SW<br>Washington, D.C. 20237<br><br>THE OFFICE OF MANAGEMENT<br>AND BUDGET<br>725 17th Street, NW<br>Washington, DC, 20503<br><br>    *Defendants*. | Civil Action No. 1:25-cv-2965 |

## COMPLAINT

COME NOW Plaintiffs David Folkenflik and National Public Radio, Inc. (collectively, "NPR"), by counsel, and for their cause of action against Defendants United States Agency for Global Media ("USAGM") and The Office of Management and Budget ("OMB") (collectively, "Defendants"), state as follows:

## INTRODUCTION

1. NPR brings this action under the Freedom of Information Act "(FOIA"), seeking the release of a report by the United States Agency for Global Media detailing its efforts to dramatically reduce its workforce and operations.

2.      For more than eight decades, the United States government—through USAGM and its predecessors—has funded media networks, including Voice of America, that deliver accurate news and information to parts of the world with little or no press freedom.

3.      That changed on March 14, 2025, when President Trump issued Executive Order 14238. The Executive Order required seven governmental entities, including USAGM, to eliminate their "non-statutory components and functions… to the maximum extent consistent with applicable law" and "to reduce the performance of their statutory functions and associated personnel to the minimum presence and function required by law." Exec. Order No. 14238, 90 Fed. Reg. 53 (March 20, 2025) § 2(a).

4.      The following day, USAGM senior adviser Kari Lake declared in a press release that USAGM was "a giant rot and burden to the American taxpayer" and that it was "not salvageable." Following Lake's announcement, the vast majority of staff at USAGM and its networks—including the director of Voice of America—received notices that they were being placed on administrative leave, a decision which dramatically curtailed nearly all of USAGM's global operations.

5.      Pursuant to the Executive Order, USAGM was required to submit a report within seven days to the Office of Management and Budget, detailing its actions to comply with the Executive Order (the "USAGM Report" or the "Report").

6.      On March 31, 2025, NPR submitted a FOIA request to USAGM for the USAGM Report and "[a]ll attachments to, and all records, reports or other documents referred to in, or incorporated by reference into, the Report" (the "USAGM Request"). On the same day, NPR submitted an identical request to OMB (the "OMB Request," and together with the "USAGM Request," the "NPR Requests")).

7. USAGM improperly denied NPR's USAGM Request on April 18, 2025, citing Exemption 5 and the deliberative process privilege. USAGM did not respond to NPR's administrative appeal.

8. OMB acknowledged receiving NPR's OMB Request, but OMB never communicated any final determination on the OMB Request.

9. NPR now brings this Action to enjoin USAGM and OMB from improperly withholding the USAGM Report and accompanying documents. NPR seeks these records to shine a light on the dismantling of USAGM—a decision that affects hundreds of millions of dollars in taxpayer funding and one which has far-reaching consequences for Americans and American foreign policy.

**PARTIES**

10. Plaintiff David Folkenflik, a resident and citizen of New Jersey, is an award-winning journalist who serves as NPR's media correspondent.

11. Plaintiff NPR is a non-profit multimedia organization and the leading provider of non-commercial news, information, and entertainment programming to the American public. NPR's fact-based, independent journalism helps the public stay on top of breaking news, follow the most critical stories of the day, and track complex issues over the long term. NPR reaches approximately 43 million people per week on broadcast radio, podcasts, NPR apps, NPR.org, and YouTube content. NPR distributes its radio broadcasts through more than 1,000 non-commercial, independently operated radio stations, licensed to almost 250 NPR members and numerous other NPR-affiliated entities.

12. Defendant United States Agency for Global Media ("USAGM") is a department of the Executive Branch headquartered in Washington, D.C., and an "agency" within the meaning of 5 U.S.C. § 552(f)(1).

13. Defendant The Office of Management and Budget ("OMB") is a department of the Executive Branch headquartered in Washington, D.C., and an "agency" within the meaning of 5 U.S.C. § 552(f)(1).

## JURISDICTION

14. This Court has subject matter jurisdiction over the FOIA claim and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B) and (a)(6)(E)(iii). This Court also has jurisdiction over this action pursuant to 28 U.S.C. 1331 and 5 U.S.C. §§ 701–706.

15. This judicial district is a proper venue under 5 U.S.C. § 552(a)(4)(B).

16. Because USAGM and OMB have each failed to make and communicate to NPR a complete determination, NPR has exhausted its administrative remedies and is entitled to file suit with this Court to enforce compliance. *See* 5 U.S.C. § 552(a)(4)(B), (a)(6)(C).

## FACTUAL BACKGROUND

**History of USAGM**

17. For more than eight decades, the United States has provided news and information to areas of the world that lack a free press. In 1942, the United States founded Voice of America ("VOA") to combat Nazi disinformation. The network's first words proclaimed, in German: "The news may be good. The news may be bad. We shall tell you the truth."[1]

---

[1] David Bauder and Laurie Kellman, *Voice of America is required by law to report the news accurately. Could Donald Trump change that?*, SEATTLE TIMES, Jan. 17, 2025, https://www.seattletimes.com/business/voice-of-america-is-required-by-law-to-report-the-news-accurately-could-donald-trump-change-that/ (last viewed Aug. 19, 2025).

4

18. In 1950, Radio Free Europe/Radio Liberty were established to disseminate news and information to countries under the Iron Curtain. The Office of Cuba Broadcasting was started in 1985, followed by Radio Free Asia in 1996 and the Middle East Broadcasting Networks in 2004.

19. To oversee these networks, the United States began to consolidate the broadcasting services and, in 1994, created the Broadcasting Board of Governors, which became USAGM in 2018. USAGM's stated mission is to "inform, engage, and connect people around the world in support of freedom and democracy."[2]

20. The networks supervised by USAGM employed more than 1,200 journalists, editors, and engineers, and reached 420 million people each week in over 63 languages and more than 100 countries.[3]

21. During President Trump's first term, he and members of his administration repeatedly criticized VOA and attempted to strip USAGM networks of their editorial independence.[4]

22. Following his election in 2024, Trump appointed Kari Lake—an outspoken critic of VOA—as a senior adviser to USAGM.[5]

**The Executive Order**

23. On March 14, 2025, President Trump issued Executive Order 14238, which required seven governmental entities, including USAGM, to eliminate their "non-statutory

---

[2] *Mission*, U.S. AGENCY FOR GLOBAL MEDIA, https://www.usagm.gov/who-we-are/mission/ (last viewed Aug. 19, 2025).
[3] *Budget and Financial Reports*, U.S. AGENCY FOR GLOBAL MEDIA, https://www.usagm.gov/who-we-are/mission/ (last viewed Aug. 19, 2025)
[4] David Folkenflik, *White House Attacks Voice Of America Over China Coronavirus Coverage*, NPR, April 20, 2020, https://www.npr.org/2020/04/10/831988148/white-house-attacks-voice-of-america-over-china-coronavirus-coverage (last viewed Aug. 19, 2025).
[5] David Folkenflik, *Trump says Kari Lake will lead Voice of America. He attacked it during his first term*, NPR, Dec. 12, 2024, https://www.npr.org/2024/12/12/nx-s1-5226920/voice-of-america-kari-lake-voa (last viewed Aug. 19, 2025).

components and functions… to the maximum extent consistent with applicable law" and to reduce the performance of their statutory functions and associated personnel to the minimum presence and function required by law." Exec. Order No. 14238, 90 Fed. Reg. 53 (March 20, 2025) § 2(a).

24. On March 15, 2025, Kari Lake, a special advisor to USAGM, announced that USAGM was "not salvageable." Lake wrote: "From top-to-bottom this agency is a giant rot and burden to the American taxpayer—a national security risk for this nation—and irretrievably broken."[6] Lake also canceled the agency's 15-year lease on its headquarters in Washington, D.C.

25. The same day, the White House posted a statement on its website titled "The Voice of Radical America" that stated the Executive Order "will ensure that taxpayers are no longer on the hook for radical propaganda."[7]

26. Shortly after the Executive Order and Lake's press release, hundreds of staff at USAGM outlets began receiving notices that they were being placed on administrative leave.[8] The director of VOA, Michael Abramowitz, wrote on social media that "virtually the entire staff" had been put on administrative leave, including him. These employees were told to surrender all government property, including devices and records, and they were no longer able to access work email and other communication programs. Journalists who showed up to the VOA office were told they had been locked out.

---

[6] *USAGM, Senior Advisor Kari Lake cancels obscenely expensive 15-year-lease that burdened the taxpayers and enforces Trump's Executive Order to drastically downsize agency*, U.S. AGENCY FOR GLOBAL MEDIA, https://www.usagm.gov/2025/03/15/u-s-agency-for-global-media-complies-with-presidential-executive-order-to-reduce-the-federal-bureaucracy/ (last viewed Aug. 19, 2025)

[7] *The Voice of Radical America*, WHITE HOUSE, https://www.whitehouse.gov/articles/2025/03/the-voice-of-radical-america/ (last viewed Aug. 19, 2025).

[8] David Folkenflik, *'Bloody Saturday' at Voice of America and other U.S.-funded networks*, NPR, March 15, 2025, https://www.npr.org/2025/03/15/nx-s1-5329244/bloody-saturday-voiceofamerica-radio-free-asia-europe-trump-kari-lake (last viewed Aug. 19, 2025).

27. The cuts immediately shut down most operations at VOA and other USAGM-funded outlets. Many of VOA's radio frequencies went dark or began broadcasting music. VOA's website has not posted any news stories since March 15, 2025.

28. Autocratic governments have celebrated the demise of VOA. The editor of RT, the news network backed by the Kremlin, has called it an "awesome decision," while a former editor of China's state-run news outlet has said it is "really gratifying," and, he hoped, "irreversible."[9]

**NPR's Requests under FOIA**

29. The Executive Order required the head of USAGM to submit a report within seven days to the Director of OMB "confirming full compliance with this order and explaining which components or functions of the governmental entity, if any, are statutorily required and to what extent." EO 14238 § 2(b). USAGM was required to submit the USAGM Report to OMB by March 21, 2025.

30. On March 31, 2025, NPR media correspondent David Folkenflik submitted the NPR Requests under FOIA to USAGM and OMB, respectively, seeking a copy of the USAGM Report and "[a]ll attachments to, and all records, reports or other documents referred to in, or incorporated by reference into the Report." *See* Ex. A (USAGM Request), Ex. B (OMB Request).

31. On April 1, 2025, OMB acknowledged in an email that it had received the OMB Request. *See* Ex. C.

32. On April 3, 2025, USAGM acknowledged in an email that it had received the USAGM Request. *See* Ex. D.[10]

---

[9] Tiffany Hsu, As U.S. Dismantles Voice of America, Rival Powers Hope to Fill the Void, N.Y. Times, June 24, 2025, https://www.nytimes.com/2025/06/24/business/media/us-china-russia-global-communications.html# (last viewed Aug. 19, 2025).
[10] While USAGM sent the acknowledgement on April 3, 2025, in their determination it states that the acknowledgement was sent on April 11, 2025.

33. USAGM responded to the USAGM Request on April 18, 2025 stating that the agency "quer[ied] the Office of the Chief Executive Officer (OCEO), which prepared the requested report" and the "OCEO provided a three-page report," but USAGM was "withhold[ing] in full." *See* Ex. E.

34. USAGM stated it was withholding all responsive information under Exemption 5 and the deliberative process privilege. *See* Ex. E. USAGM asserted that that the Report is "both predecisional and deliberative" because it "is not a final agency determination, but rather the first step in a process that requires OMB approval," through "which the agency will determine how to implement the President's executive order." According to USAGM, "the disclosure of (b)(5) exempted information would cause foreseeable harm," but it failed to justify that assertion.

35. NPR filed an administrative appeal on June 12, 2025. *See* Ex. F. Under FOIA, USAGM had 20 working days to respond to the appeal. 5 U.S.C. § 552(a)(6)(A)(ii). That deadline passed on July 14, 2025, without any response from USAGM. To date, USAGM has not issued a final determination on (or otherwise responded to) NPR's appeal.

36. OMB was required to issue a final determination to NPR on the OMB Request by April 28, 2025. 5 U.S.C. § 552(a)(6)(A). To date, OMB has not issued a final determination.

37. Pursuant to 5 U.S.C. § 552(a)(6)(C), USAGM and OMB are deemed to have exhausted all administrative remedies with respect to the NPR Requests because USAGM and OMB each failed to comply within the time limit set forth in 5 U.S.C. § 552(a)(6)(A).

## PLAINTIFFS' CLAIM FOR RELIEF

### COUNT I
### (Failure to Produce Documents)

38. Plaintiffs repeat and re-allege paragraphs 1-37.

39. NPR properly submitted the NPR Requests under FOIA for documents within the possession and control of both USAGM and OMB.

40. Defendant USAGM denied NPR's USAGM Request in full and failed to produce any documents responsive to NPR's USAGM Request, citing Exemption 5 and the deliberative process privilege.

41. USAGM improperly relies on Exemption 5 and the deliberative process privilege to withhold the USAGM Report. USAGM has not met its burden to establish that the Report is "pre-decisional"—that is, "antecedent to the adoption of an agency policy." *Jordan v. U.S. Dep't of Justice*, 591 F.2d 753, 774 (D.C. Cir. 1978). By March 15, 2025, USAGM had already made large-scale decisions affecting thousands of staffers and permanently altering USAGM's operations. Thus, the Report reflects the settled policy of USAGM and the "implementation of policies that have already been adopted." *Id.*

42. Nor has USAGM shown that the records here are "deliberative." The Executive Order did not request recommendations, nor does the Report require OMB approval or indicate that it will result in any back and forth communication either within the agency or between agencies. *See Vaughn v. Rosen*, 523 F.2d 1136, 1144 (D.C. Cir. 1975) (holding that Exemption 5 does not shield records that "reveal whether the agencies' policies are being carried out").

43. USAGM also fails to justify its assertion that release of the Report would result in "foreseeable harm." Under FOIA, "the foreseeability requirement means that agencies must concretely explain how disclosure 'would'—not 'could'—adversely impair internal deliberations." *Reporters Comm. for Freedom of the Press v. Fed. Bureau of Investigation*, 3 F.4th 350, 369–70 (D.C. Cir. 2021). Here, USAGM merely offers conclusory assertions that fail to show how release *would* result in any harm.

44. USAGM has also failed to comply with the statutory requirement to release "[a]ny reasonably segregable portion" of the responsive records. 5 U.S.C. § 552(b). Even if USAGM had a reasonable argument for withholding some portion of the requested records, which it does not, USAGM may not withhold all responsive records, in full, merely because some portion of those records is subject to withholding.

45. Defendant OMB never issued a final determination and therefore has constructively denied NPR's OMB Request—without even attempting to justify its refusal to produce requested records that it is required by law to produce.

46. NPR has a statutory right to the agency records they requested from USAGM and OMB under the FOIA, and there is no legal basis for either agency to withhold the records.

47. Plaintiffs are entitled to injunctive and declaratory relief requiring the immediate processing and production of the requested records.

48. Plaintiffs are also entitled to an award of their costs and reasonable attorneys' fees in pursuing this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray this Court:

49. Declare that Defendant USAGM's failure to disclose the requested records is unlawful;

50. Declare that Defendant OMB's failure to disclose the requested records is unlawful;

51. Order Defendant USAGM to immediately process the USAGM Request disclose all non-exempt documents immediately to Plaintiffs;

52. Order Defendant OMB to immediately process the OMB Request disclose all non-exempt documents immediately to Plaintiffs;

53. Award Plaintiffs' costs and reasonable attorneys' fees in pursuing this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

54. Grant such other relief as the Court may deem just and proper.

Dated: September 2, 2025            HAYNES AND BOONE, LLP

By: */s/ Michael Scanlon*
Michael Scanlon
D.C. Bar No. 1048644
michael.scanlon@haynesboone.com
888 16th Street NW, Suite 300
Washington, D.C. 20006

Laura Lee Prather (*pro hac vice* forthcoming)
Texas Bar No. 16234200
Laura.Prather@haynesboone.com
William Reid Pillifant (*pro hac vice* forthcoming)
Texas Bar No. 24126157
Reid.Pillifant@haynesboone.com
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701
Telephone: (512) 867-8400
Telecopier: (512) 867-8470

*Attorneys for Plaintiffs David Folkenflik and National Public Radio, Inc.*