UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC.<br>1111 North Capitol Street NE<br>Washington, D.C. 20002<br><br>DAVID FOLKENFLIK<br>1111 North Capitol Street NE<br>Washington, D.C. 20002<br><br>   *Plaintiffs*,<br><br>v.<br><br>UNITED STATES AGENCY FOR<br>GLOBAL MEDIA<br>330 Independence Ave. SW<br>Washington, D.C. 20237<br><br><br>THE OFFICE OF MANAGEMENT<br>AND BUDGET<br>725 17th Street, NW<br>Washington, DC, 20503<br><br>   *Defendants*. | Civil Action No. 1:25-cv-02965-TNM<br><br>**PLAINTIFF NATIONAL PUBLIC RADIO, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LCvR 26.1** |

Pursuant to Federal Rule of Civil Procedure 7.1 and LCvR 26.1, Plaintiff National Public Radio, Inc. makes the following disclosures:

Plaintiff is a non-profit organization and issues no stock.

Dated: September 9, 2025        Respectfully submitted,

**HAYNES AND BOONE LLP**

*/s/ Michael J. Scanlon*
Michael J. Scanlon
D.C. Bar No. 1048644
michael.scanlon@haynesboone.com
888 16th Street NW
Washington District of Columbia 20006
Telephone: (202) 654-4570

Telecopier: (202) 654-4249

Laura Lee Prather*
Texas Bar No. 16234200
laura.prather@haynesboone.com
William Reid Pillifant*
Texas Bar No. 24126157
reid.pillifant@haynesboone.com
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone:     (512) 867-8476
Telecopier:    (512) 867-48470

*Pro hac vice application forthcoming

**ATTORNEYS FOR PLAINTIFFS
NATIONAL PUBLIC RADIO, INC. and
DAVID FOLKENFLIK**