**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**NATIONAL PUBLIC RADIO, INC.**, *et al.*,

Plaintiffs,

v.

**UNITED STATES AGENCY FOR GLOBAL MEDIA**, *et al.*,

Defendants.

Case No. 1:25-cv-02965 (TNM)

**ORDER**

Upon consideration of Defendants' [23] Motion for Summary Judgment, Plaintiffs' [24] Cross-Motion for Summary Judgment, the parties' other briefing, the entire record, and the relevant law, and for the reasons explained in the Court's Memorandum Opinion, it is hereby

**ORDERED** that Defendants' [23] Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' [24] Cross-Motion for Summary Judgment is **DENIED**.

This is a final, appealable order. The Clerk of Court is requested to close the case.

**SO ORDERED.**

Dated: August 21, 2026

TREVOR N. McFADDEN, U.S.D.J.